IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEBBI GILLESPIE,

       Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

       Defendant.

6:12-cv-48-CL

ORDER

---

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See <u>Lorin Corp. v Goto & Co., Ltd.</u>, 700 F.2d 1202, 1206 (9th Cir. 1983).

1 - ORDER

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation [#17] of Magistrate Judge Clarke. The Administrative Law Judge's decision is REVERSED and REMANDED for further proceedings.

IT IS SO ORDERED.

DATED this 14 day of March, 2013.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER